APPALACHIAN REGIONAL
HOSPITAL, INC., Movant,

v.

William D. DOTSON, James R. Yocom, Commissioner of Labor and Custodian of the Special Fund & Workmen's Compensation Board of Kentucky, Respondents.

Supreme Court of Kentucky.

Nov. 21, 1978.

William J. Baird, III, Baird & Baird, Pikeville, for movant.

Kelsey E. Friend, Kelsey E. Friend Law Firm, Pikeville, Cyril E. Shadowen, Dept. of Labor, Louisville, William L. Huffman, Director, Workmen's Compensation Bd., Dept. of Labor, Frankfort, for respondents.

## OPINION AND ORDER

The motion of Appalachian Regional Hospital, Inc. for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered December 16, 1977, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.